USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY               :
DISTRICT COUNCIL OF CARPENTERS              :
PENSION FUND, WELFARE FUND, ANNUITY :
FUND, AND APPRENTICESHIP,                        :
JOURNEYMAN RETRAINING,                          :                19-CV-7755 (VEC)
EDUCATIONAL AND INDUSTRY FUND,          :
TRUSTEES OF THE NEW YORK CITY               :                ORDER
CARPENTERS RELIEF AND CHARITY FUND, :
AND THE NEW YORK CITY AND VICINITY     :
CARPENTERS LABOR-MANAGEMENT               :
CORPORATION,                                               :
                                                                   :
                                            Plaintiffs,     :
                                                                   :
                    -against-                                 :
                                                                   :
                                                                   :
SHOWTIME ON THE PIERS, LLC AND             :
CHARLES NEWMAN, INDIVIDUALLY,             :
                                                                   :
                                            Defendants.   :

----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on August 3, 2020, the Court entered an Order to Show Cause why

Defendants' counsel should not be allowed to withdraw from representation;

        WHEREAS on August 14, 2020, Defendant Newman called the Court to communicate

his intent to oppose counsel's motion to withdraw; and

        WHEREAS Defendant Newman requested an adjournment of the show-cause hearing

scheduled for August 19, 2020;

        IT IS HEREBY ORDERED that the show-cause hearing is adjourned to **September 8,**

**2020, at 2:30 p.m.** to be held via teleconference: Dial-in: (888) 363-4749 // Access code:

3121171# // Security code: 7755#.

IT IS FURTHER ORDERED that Defendants' counsel must serve this Order on Defendants by the means set forth in the Court's August 3, 2020, Order and by email not later than **August 18, 2020**.

IT IS FURTHER ORDERED that Defendants' opposition to counsel's motion to withdraw must be served on Frank W. Brennan, Esq. of Forchelli Deegan Terrana LLP, 333 Earle Ovington Blvd., Ste. 1010, Uniondale, New York 11553 no later than **September 3, 2020**.

The Court notes that Defendant Showtime on the Piers, LLC—being a corporate entity—cannot represent itself *pro se*; thus if counsel successfully withdraws, Defendant Showtime on the Piers will have to obtain representation to continue to defend itself in this action.

**SO ORDERED.**

**Date:  August 14, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**