USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, ANNUITY :
FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, : 19-CV-7755 (VEC)
EDUCATIONAL AND INDUSTRY FUND, :
TRUSTEES OF THE NEW YORK CITY : ORDER
CARPENTERS RELIEF AND CHARITY FUND, :
AND THE NEW YORK CITY AND VICINITY :
CARPENTERS LABOR-MANAGEMENT :
CORPORATION, :
:
                        Plaintiffs, :
:
       -against- :
:
:
SHOWTIME ON THE PIERS, LLC AND :
CHARLES NEWMAN, INDIVIDUALLY, :
:
                      Defendants. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 8, 2020, the Court held a show-cause hearing on defense counsel's motion to withdraw;

      WHEREAS neither Defendant Newman nor any other corporate representative of Showtime on the Piers, LLC appeared at the show-cause hearing;

      WHEREAS on September 9, 2020, the Court relieved Defendants' counsel as attorney of record and ordered the parties to appear for a status conference on September 22, 2020 (Dkt.63);

      WHEREAS on September 22, 2020, the Court held a teleconference in this case; and

      WHEREAS neither Defendant Newman nor any other corporate representative of Showtime on the Piers, LLC appeared at the September 22, 2020 teleconference;

IT IS HEREBY ORDERED that Plaintiffs must file a Proposed Order to Show Cause for Default Judgment against Defendant Showtime on the Piers, LLC, a Proposed Default Judgment, and Supporting Papers pursuant to this Court's Individual Practices in Civil Cases, Attachment A, not later than **October 22, 2020**.

IT IS FURTHER ORDERED that Plaintiffs must give notice of this order to Defendants by email, using the last known email address from which Plaintiffs received any communication from Defendant Newman.

The Clerk of Court is respectfully requested to give notice of this order to Defendants by mail at the three below addresses:

462 West 52nd Street, Suite 3N, New York, NY 10019;

190 West 52nd Street, New York, NY 10019;

711 12th Avenue, Pier 92, New York, NY 10019.

**SO ORDERED.**

Date: **September 22, 2020**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**