USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,                          :    19-CV-7755 (VEC)
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY                   :    ORDER
CARPENTERS RELIEF AND CHARITY FUND,
AND THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,

                       Plaintiffs,

             -against-

SHOWTIME ON THE PIERS, LLC AND
CHARLES NEWMAN, INDIVIDUALLY,

                      Defendants.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 22, 2020, the Court ordered that Defendant Showtime on the Piers, LLC show cause on November 19, 2020 at 3:00 p.m., why a default judgment should not be issued against it;

      IT IS HEREBY ORDERED that the November 19 show-cause hearing will be held via teleconference. The parties and members of the public may dial-in using: (888) 363-4749 // Access code: 3121171# // Security code: 7755#.

**SO ORDERED.**

Date: November 18, 2020
      New York, New York
                                        **VALERIE CAPRONI**
                                        **United States District Judge**