USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
AND THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,

                       Plaintiffs,

               -against-

SHOWTIME ON THE PIERS, LLC AND
CHARLES NEWMAN, INDIVIDUALLY,

                       Defendants.
-------------------------------------------------------------- X

19-CV-7755 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on October 22, 2020, the Court ordered that Defendant Showtime on the Piers, LLC ("Showtime") show cause why a default judgment should not be issued against it;

WHEREAS on November 19, 2020, the Court held a show-cause hearing;

WHEREAS Charles Newman, principal of Showtime, appeared at the November 19, 2020, hearing and represented that: he had difficulties obtaining from Showtime's prior counsel the file in this case; those difficulties have been resolved; and Showtime will obtain counsel to represent it in this matter; and

WHEREAS the Court informed Mr. Newman, without objection from Plaintiffs, that it was prepared to enter a default judgment against Showtime but would delay doing so for four weeks to give Showtime a final opportunity to obtain counsel in this matter;

IT IS HEREBY ORDERED that counsel for Showtime must enter its appearance on the public docket not later than **December 17, 2020**.  If Showtime fails to comply with this Order, the Court will enter and file a default judgment against it.

IT IS FURTHER ORDERED that the parties must appear for a status conference on **December 23, 2020 at 10:00 a.m.**  The conference will be held as a teleconference.  The parties may dial-in using: (888) 363-4749 // Access code: 3121171# // Security code: 7755#.

IT IS FURTHER ORDERED that Plaintiffs may reopen Defendant Charles Newman's deposition and issue a subpoena to the relevant bank to investigate new information concerning a Small Business Administration loan that Defendants applied for in April 2020.

**SO ORDERED.**

Date:  November 19, 2020
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**

2