USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
AND THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,

                Plaintiffs,

      -against-

SHOWTIME ON THE PIERS, LLC AND
CHARLES NEWMAN, INDIVIDUALLY,

                Defendants.
-------------------------------------------------------------- X

19-CV-7755 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS Plaintiffs commenced this action on August 19, 2019, Dkt. 1;

WHEREAS on September 9, 2020, the Court granted Defendants' counsel's motion to withdraw as attorney of record for Defendants Showtime on the Piers, LLC ("Showtime") and Charles Newman, Dkt. 63;

WHEREAS on October 22, 2020, after Defendants had failed to appear at two prior conferences and Showtime had failed to obtain new counsel to represent it, the Court ordered that Showtime show cause why a default judgment should not be issued against it, Dkt. 69;

WHEREAS on November 19, 2020, the Court held a show-cause hearing, at which the Court informed Charles Newman, principal of Showtime, without objection from Plaintiffs, that

it was prepared to enter a default judgment against Showtime but would delay doing so for four weeks to give Showtime a final opportunity to obtain counsel in this matter;

WHEREAS after the November 19, 2020 show-cause hearing, the Court entered an order requiring counsel for Showtime to enter its appearance on the public docket not later than December 17, 2020; and

WHEREAS as of the date of this Order, there has been no appearance of counsel for Showtime on the public docket, nor has Showtime otherwise informed the Court why it has been unable to comply with the Court's order to obtain counsel;

IT IS HEREBY ORDERED that Plaintiffs have judgment against Showtime in the amount of $1,388,027.14, plus post-judgment interest at the statutory rate.

**SO ORDERED.**

Date:  **December 21, 2020**
       **New York, New York**

_____
    **VALERIE CAPRONI**
    **United States District Judge**