UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, AND THE NEW YORK CITY AND
VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION,

                Plaintiffs,

                                                                   19 **CIV** 7755 (VEC)

       -against-                                      **DEFAULT JUDGMENT**

SHOWTIME ON THE PIERS, LLC AND
CHARLES NEWMAN, INDIVIDUALLY,

                Defendants.
-------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Order dated December 21, 2020, that Plaintiffs have judgment against Showtime in the amount of $1,388,027.14, plus post-judgment interest at the statutory rate.

**DATED**: New York, New York
             December 21, 2020

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                                                   **BY**:_____
                                                         **Deputy Clerk**