USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TRUSTEES OF THE NEW YORK CITY                          :
DISTRICT COUNCIL OF CARPENTERS                         :
PENSION FUND, WELFARE FUND, ANNUITY                    :
FUND, AND APPRENTICESHIP,                              :
JOURNEYMAN RETRAINING,                                 :      19-CV-7755 (VEC)
EDUCATIONAL AND INDUSTRY FUND,                         :
TRUSTEES OF THE NEW YORK CITY                          :      ORDER
CARPENTERS RELIEF AND CHARITY FUND,                    :
AND THE NEW YORK CITY AND VICINITY                     :
CARPENTERS LABOR-MANAGEMENT                            :
CORPORATION,                                           :
                                                       :
                          Plaintiffs,                  :
                                                       :
            -against-                                  :
                                                       :
                                                       :
CHARLES NEWMAN,                                        :
                                                       :
                          Defendant.                   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on December 23, 2020, the parties appeared for a status conference;

   IT IS HEREBY ORDERED that all discovery must be completed not later than **January 15, 2021**.

   IT IS FURTHER ORDERED that the parties must appear for a conference on **January 22, 2021 at 11:00 a.m.**  The conference will be held as a teleconference.  The parties may dial-in using: (888) 363-4749 // Access code: 3121171# // Security code: 7755#.

**SO ORDERED.**

Date:  December 23, 2020
       New York, New York

                                          **VALERIE CAPRONI
                                          United States District Judge**