USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY             :
DISTRICT COUNCIL OF CARPENTERS            :
PENSION FUND, WELFARE FUND, ANNUITY :
FUND, AND APPRENTICESHIP,                 :
JOURNEYMAN RETRAINING,                    :          19-CV-7755 (VEC)
EDUCATIONAL AND INDUSTRY FUND,            :
TRUSTEES OF THE NEW YORK CITY             :          ORDER
CARPENTERS RELIEF AND CHARITY FUND, :
AND THE NEW YORK CITY AND VICINITY :
CARPENTERS LABOR-MANAGEMENT               :
CORPORATION,                              :
                                          :
                             Plaintiffs,  :
                                          :
          -against-                       :
                                          :
                                          :
CHARLES NEWMAN,                           :
                                          :
                             Defendant.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 26, 2021, the parties appeared for a conference;

IT IS HEREBY ORDERED that discovery deadline is extended to **March 26, 2021**.

IT IS FURTHER ORDERED that Plaintiffs' motion to amend the complaint is due

**March 5, 2021**.  Plaintiffs' motion must include a redlined version of the proposed amended

complaint.  Defendant must respond to Plaintiffs' motion not later than **March 19, 2021**.

Plaintiffs may reply in further support of their motion not later than **March 26, 2021**.

**SO ORDERED.**

Date:  **February 26, 2021**                          **VALERIE CAPRONI**
       **New York, New York**                         **United States District Judge**