UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, ANNUITY :
FUND, AND APPRENTICESHIP, :
JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND, :
TRUSTEES OF THE NEW YORK CITY :
CARPENTERS RELIEF AND CHARITY FUND, :
AND THE NEW YORK CITY AND VICINITY :
CARPENTERS LABOR-MANAGEMENT :
CORPORATION, :
  :
              Plaintiffs, :
  :
     -against- :
  :
  :
CHARLES NEWMAN, :
  :
              Defendant. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/21

19-CV-7755 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court directed the parties to appear in-person for a status conference on January 5, 2022, at 1:00 p.m., *see* Dkt. 88;

WHEREAS in light of the spread of the Omicron variant of COVID-19 and the significant rise in the number of cases reported in New York City, the Court is exercising caution with regard to in-person proceedings;

IT IS HEREBY ORDERED that the conference currently scheduled for January 5, 2022, at 1:00 p.m. is ADJOURNED until **January 6, 2022, at 1:00 p.m.**

IT IS FURTHER ORDERED that the January 6, 2022 conference will be held telephonically. The parties and members of the public may dial-in using: (888) 363-4749 // Access code: 3121171# // Security code: 7755#.

**SO ORDERED.**

Date: **December 22, 2021**
New York, New York

**VALERIE CAPRONI**
**United States District Judge**