USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br>              Plaintiffs, <br><br>-against- <br><br>SHOWTIME ON THE PIERS, LLC and CHARLES NEWMAN, individually, <br><br>              Defendants. | 19 CV 7755 (VEC) <br><br> **DEFAULT JUDGMENT** |

WHEREAS Plaintiffs commenced this action commenced on August 19, 2019;

WHEREAS Plaintiffs served Defendants with copies of the Summons and Complaint and filed proof of said service with the Court on August 21, 2019 and September 4, 2019;

WHEREAS Plaintiffs filed an Amended Complaint on June 1, 2020. (ECF Doc. No. 44) and served a copy of the same on Defendants on June 1, 2020, in accordance with the Court's Local Rules, registering proof of service on the docket on that same day;

WHEREAS the Court issued a default judgment against Defendant Showtime on the Piers LLC on December 21, 2020;

WHEREAS Plaintiffs filed a Second Amended Complaint on November 23, 2021 and served a copy of the same on Defendant Charles Newman on November 23, 2021 in accordance with the Court's Local Rules, registering proof of service on the docket on that same day;

WHEREAS Defendant Newman has failed to respond to the Second Amended Complaint within the time to do so under the Federal Rules of Civil Procedure;

WHEREAS the Clerk has noted the Default of Defendant Newman;

**NOW**, on the motion of Plaintiffs, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that Plaintiffs have judgment against Defendant Charles Newman as follows:

1. Awarding a judgment in favor of Plaintiffs and against Defendant Charles Newman in the amount of $1,414,769.82;

2. Awarding Plaintiffs post-judgment interest at the statutory rate.

The Clerk of Court is respectfully directed to close all open motions and close this case.

_____
Hon. Valerie E. Caproni
United States District Judge
February 7, 2022